```
McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
(916) 554-2700
(916) 448-2900 FAX
```

**FILED**

SEP 1 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>Search of 12381 Locksley Lane,<br>Auburn, California  95603 | NO. 2:08-SW-0388 GGH<br><br>[~~PROPOSED~~] ORDER<br><br>[IN CAMERA AND UNDER SEAL]<br><br>**SEALED** |

The United States of America has applied to this Court for an Order permitting it to file the affidavit underlying the search warrant in the above-entitled proceedings, together with its application, Memorandum of Points and Authorities and the accompanying Declaration, <u>in camera</u> and <u>under seal</u>.  Upon consideration of the application and the entire record herein,

/////
/////
/////
/////
/////

5

1  IT IS HEREBY ORDERED that the affidavit underlying the search
2  warrant in the above-entitled proceedings, together with the
3  application of the United States and the accompanying Memorandum of
4  Points and Authorities and Declaration, and this order shall be filed
5  with this Court <u>in camera</u> and <u>under seal</u> and shall not be disclosed to
6  any person until ~~filing~~ execution of the search warrant, and/or arrest warrant, ~~return~~. Copy.

Dated this 15th day of September, 2008.

By: **GREGORY G. HOLLOWS**
GREGORY G. HOLLOWS
United States Magistrate Judge

Presented by:

*/s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney

6